*Poor Man's Complaint to obtain ANY of his missing Bill of Rights "guarantees"!*

11-8-'23

US COURT OF NH —————X
CHRISTOPHER XAVIER BRODEUR
V. (cxb)
STATE OF NH —————X

URGENT!

SUPER-HABEAS!!
& DECLARATORY RELIEF!

FILED - USDC - NH
2023 NOV 13 AM 11:29

Forgive typos etc. cuz 2 hours of sleep per day for four months..... is a helluva drug! It's also listed as a CRIME AGAINST HUMANITY, hmmm!

## THIS ONE'S REAL SIMPLE.

① 3 NH JUDGES (so far!) (2 District, 1 Superior) HAVE ALL SAID..... SINCE JULY 2023.... THAT....  [EMERGENCY HABEAS CORPUS ETC!]

Ⓐ $5,000 BAIL IS **NOT** "EXCESSIVE" — ESPECIALLY NOT FOR PETTY (& FALSE) MISDEMEANOR ALLEGATIONS ★ MORE MILD THAN A SPEEDING TICKET [cuz SPEEDING KILLS Americans every 5 minutes]... & ESPECIALLY NOT vs THE EARTHLING WHO HAS HAD THE MOST [MISD.!!] [MISDEMEANOR!!] TRIALS IN HUMAN HISTORY — [11.5 w more on the way!]... AND WHO TURNED DOWN "TIME SERVED" 4½ YEARS AGO [STILL WAITING FOR THOSE 2 JURY TRIALS!] [2020, 2021, 2022, 2023!!] & NOW.... TO FIGHT GOLIATH AND PROVE THE BRUTAL ARRESTS WERE RETALIATION FOR MY CARTOON FLYERS WARNING SOCIETY ABOUT MAJOR, DANGEROUS CRIMINALS IN OUR COMMUNITY. Ergo, cxb is NO FLIGHT RISK.

Ⓑ 100% OF JUDGES & NH ATTYS & POLICE (SO FAR) HAVE TOLD ME BAIL IS **NOT** A SECURITY DEPOSIT TO ENSURE A DEFENDANT RETURNS TO COURT; THAT IT'S USED TO INDEFINITELY DETAIN AMERICANS THEY FEAR MAY DO PETTY MISDS IN THE FUTURE! [I told them, NO, that would be Preventative Detention — NOT EXCESSIVE BAIL. They all reply with 'la la la I can't hear you!' which is pretty suspicious.] [I also explain that MISDs are NOT lower-level FELONIES, but rather a totally DIFFERENT ANIMAL — hence the radically different names.! All 50 states illegally say MISDs are just C Felonies or D felonies or E felonies or such.!!]

Ⓒ THIS WOULD ALL BE ILLEGAL..... IF NH JAILS WERE LAWFUL LIKE SWEDEN'S.... BUT NH JAILS ARE WORSE THAN AUSCHWITZ IN THOUSANDS OF WAYS [nevermind I haven't been convicted of any crime yet!!]. (ex) AUSCHWITZ LET PRISONERS GO OUTSIDE EVERY DAY, WHILE NH NEVER EVER ALLOWS THIS. [Even Supermax & Gitmo allow outdoor time!] (ex) AUSCHWITZ [and US PRISONS!] ALLOW MUSICAL INSTRUMENTS! NH JAILS DO NOT. [The Nazi police supplied Jews with instruments to entertain staff & New Arrivals.!!] (ex) AUSCHWITZ NEVER BUNKED 2 PRISONERS IN TINY CAGES [a super-security breach] WHERE NO ONE COULD SEE/HEAR VIOLENCE ETC. NH Jails do this. (ex) AUSCHWITZ allowed Toilet Paper (etc) and books (etc) while NH JAILS DO NOT. [2 weeks asking for TP currently!] Every 24 hours I'm starved 13 HOURS tween tiny meals. Sometimes 19 hours. EVER NOTICE HOW SPECIFIC I GET? NH Jails are 80% more-unlawful than Rikers & NYC's unlawful Jails. [I wrote a book about Rikers & helped reform it. It's being CLOSED down now.]

[★ The ALLEGATIONS that have held me w/o a SINGLE Bill Of Rights "guarantee" SINCE JULY 2023 ARE ★ THAT I WAS IN MY DOVER BED @ 8AM, WHERE I ALWAYS AM! [aka "Resisting Arrest" > "Breach of Bail"!!] ★ That's from MAY 2023 and NH says they will ignore NH's SPEEDY TRIAL L-A-W of 6 MONTHS TO PUT UP OR SHUT UP! Curious!] ★ THAT I "TENSED UP" MY ARM WHEN BEING VIOLENTLY ASSAULTED BY COPS [as I was talking to a cop & filming!!] IN A SUPER-UNLAWFUL ARREST. (This was JULY 2023.) ★ AND FINALLY, THAT I EMAILED A CARTOON OF MY EX-PUBLIC PRETENDER IN A KKK HOOD TO JUDGES/ATTYS/POLICE/ACLU (in 4 states)/THE PRESS (in 5 states)/& OTHER CITIZENS. [aka "STALKING" > "BREACH OF BAIL"]!! (Oh, tensing my arm = Resisting.) 5 SUPER PETTY ALLEGATIONS THAT I'VE ALREADY DONE OVER HALF A YEAR JAIL ON with no right to ANY trial, speedy or slow.!! Under NH law, 4 months = 6 MONTHS.... with Good Time!] (Note several other false, violent 2023 arrests for fake bench warrants, aka no charges.) ("My attys 'FORGET' to tell me about court dates — as the email paper trail proves — so they can keep jailing me without EVER taking this garbage to JURY TRIALS.) (Looks pretty shady, says EVERYONE.)

EVEN OFFICER HITLER & OFFICER STALIN GAVE YOU TRIALS IN FOUR MONTHS. [Ask for details. AFD.]

[ARGUMENT]

AS ALWAYS, MY FAKE ARRESTS FOR CARTOONS/WHISTLE-BLOWING (50 & counting!) ARE THE MOST PERFECT HABEASes IN HISTORY.... obviously.... because.... when you HUMILIATE THE KING/DER FÜHRER..... [NYC press all called me "the Giuliani Pest" & Mayor Rudy's #1 enemy] [and Rudy insulted me by name over 22 times on tv & radio]... HIS JUDGES/POLICE/DAs DO YOU DIRTIER THAN ANY KILLERS OR RAPISTS OR MASS SHOOTERS! ★ AND I WAS RELEASED FROM RIKERS IN NYC WITHIN 3 DAYS OF MY LOUSY ATTY FILING A (LAME) HABEAS [after telling me for 2 weeks that I was wrong and a habeas wouldn't work!!]. NO ONE CAN CLAIM I'M WRONG. [Lotsa people admit they resent me for ALWAYS being correct.!! ★@#%.!!! Childish egos.!]

[I.F.P.!] I'm on SSI Disability [for NYC torture by team Giuliani in Rikers on charges TOSSED OUT by Appeals courts!!] & F.S. OUTSIDE JAIL.... BUT I'M IN JAIL EVEN POORER. NH POLICE STOLE ALL MY VALUABLES (musical instruments, laptops, camera, clothes, illustrations, my disco-explosion van, & all are long gone.) I'm super broke cuz the Bill of Rights is a 'unicorn'!

I AM NOT SUPPOSED TO BE PUNISHED BEFORE I GET (ACTUAL) DUE PROCESS & A SPEEDY TRIAL, PLUS A CONVICTION. (And 6A clearly says "ALL" criminal trials MUST be by jury, cuz all judges have massive Conflicts of Interest, obviously.)

★ THE ENDLESS, SUPER-ILLEGAL D-E-L-A-Y-S ALSO PROVE ALL JUDGES & ATTYS THINK I AM SUPER-INNOCENT IN ALL OF MY ENDLESS FALSE ARRESTS [to silence society's #1 whistle-blower]....THERE'S NO OTHER MOTIVE FOR THEM TO BLOCK BOTH BENCH & JURY TRIALS!! ★@#%.!!!

THIS PROVES THE HABEAS EVEN MORE VALID & URGENT.

page 1 (cont. on page 3) (SOME EVIDENCE) →

*(WHY) DOES THE DECLARATION OF INDEPENDENCE SAY 3 TIMES ALL JUDGES ARE "INHERENTLY CORRUPT" (due to super-Conflicts-of-Interest)?? (Read it! It's only 3 pages long!) AND HOW DID THE (FUGITIVE) FOUNDERS PREDICT in 1787(!!) that Amerikkkan Judges would hit their critics with "EXCESSIVE bail" (8TH Amendment)?? Lucky Guess, eh??!*

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Strafford County — Strafford Superior Court

*DUE PROCESS means BOTH sides are heard, but we all know all 50 states never do this! They give us conflict-of-interested public pretenders who don't even know the facts of the case... and put up a "show" defense like Stalin did! This is a big reason the entire planet says America's "legal" system is a crooked farce! Even asserting my RIGHT as lead defense atty, all judges block basic Due Process & a FAIR hearing of arguments! AFD!!*

*NOTE! I'm NOT LIKE OTHER INMATES. I SHOW ALL THE JAIL STAFF & MY 'MATES ALL THESE COURT PAPERS.... SO THEY TELL THEIR FRIENDS & FAMILY ABOUT THE INSANE & UNPRECEDENTED CRIMES VS BELOVED CARTOONIST CXB. I'M A SUPERSTAR IN ALL JAILS! JUST FOR ALL MY JAIL CARTOONS. I EVEN TURN ALL MY COURT TRANSPORT COPS TO TEAM CXB & AGAINST DIRTY JUDGES/DAS/ATTYs!! ie, JAIL DOESN'T WORK ON CXB!*

**State v. Christopher Brodeur**

**219-2023-CV-00384**

**ORDER ON MOTION FOR BAIL REVIEW**

The court conducted a hearing on October 17, 2023, pursuant to RSA 597:6-e, II, on the defendant's motion for bail review of the Circuit Court's bail order imposing conditions of release, including cash bail in the amount of $5,000. The defendant has been detained on the Circuit Court bail order since July 20, 2023. He sought a modification of his bail in Circuit Court, which was denied by written order on October 11, 2023. *(My crooked "atty" omits 99% of facts & arguments! SUBTLE!)*

The defendant has a separate matter in Rockingham County, Docket No. 218-2021-CR-983, for which he was on conditions of release at the time of the instant offenses. Competency to stand trial has been raised in all of his matters. *Nope, LIAR. I PASSED BOTH (illegal-under-Gagne).... by 2 of your shrinks, LIAR. And Rockingham's Judge lowered my bail to $0: PERSONAL RECOGNIZANCE! LIAR.*

*FALSE. Howard said I could NOT refute the LIES of the 2 attys. He only let me say a few rebuttals. LIAR.*

The court heard extensive argument from defense counsel, the prosecutor, and Mr. Brodeur on his own behalf during the hearing. After hearing, the court declines to modify the defendant's bail. This court adopts the reasoning as set forth in Judge Lown's original bail order and Judge Gardner's order denying bail modification. Among other things, the court finds probable cause to believe that the defendant committed the instant offenses while on release, and further that the evidence is clear and convincing that there are no combination of conditions that will reasonably assure that the defendant will refrain from committing additional offenses while on release. As a result of this finding, even if the financial condition is the sole cause of his detention, such detention is allowed by law. RSA 597:2,III(c). *("MY" ATTY SAID "NH AIN'T GOTTA OBEY DAH BILL OF RIGHTS' BAN ON EXCESSIVE BAIL" [8A]!! 14A CLEARLY SAYS YES YA DO, LIARS. HOW DID THEY PREDICT YOUR EXACT L-I-E-S?)*

*ONLY LIARS ARE VAGUE*

So Ordered.

*★ BUT IF I WERE RICH AND HAD $5000.....YOU'D LET ME OUT.....TO DO THESE "CRIMES" AGAIN, CHILDISH LIAR! I'd be detained on a "Preventative Detention" hold, if your claim were sincere!! BAIL IS SOLELY A SECURITY-DEPOSIT-TO-ENSURE-DEFENDANTS-RETURN-TO-COURT, LIARS.*

/s/ Mark E. Howard
**Presiding Justice**

*← you wouldn't need to overcompensate if you were legitimate judges, ya criminal fraudsters! Endless dirty USSA Judges had their ILLEGAL decisions totally REVERSED by higher courts, fraudsters! ...Even in my cases numerous times! Same reason you mobsters FORCE society to call you "honorable"!*

Date: October 18, 2023

*★ BY LAW, JUDGES MUST "SHOW THEIR MATH" (to prove they don't just make up their "legal decisions" as they are notorious for always doing)! (It's WHY even the Supreme Court has REVERSED itself thousands of times, from ROE vs. DOEBS, to Korematsu to Obergefell.)*

*★ I'm ALLEGED TO HAVE A) BEEN ASLEEP IN MY BED AT 8AM! ["Resisting Arrest" hahaha!] B) DRAWN A CARTOON OF MY PRIOR PUBLIC PRETENDER IN A ~KKK HOOD. ["stalking"!] C) TENSED-UP MY ARM WHEN KOPS VIOLENTLY ARRESTED ME WHILE I WAS FILMING THEM! ["Resisting arrest"!!] WHAT IF I SLEEP IN MY BED AT 8AM AGAIN OH NO! SEE WHY ALL JUDGES ARE HYPER-VAGUE??*

*CHILDISH, RUDY-ESQUE LIES.*

*Equal justice for all.... RIGHT? 14A!!*

*★ JUDGE HOWARD IS ALSO LYING BECAUSE*
*★ HE'D HIT ALL RECIDIVIST MISDS/FELONS w INSANE EXCESSIVE BAIL! Checkmate!*
*★ HE'D NOT BE VAGUE AS POSSIBLE!*
*★ HE'D NOT CLAIM RSA 597:2,III(c) DEFEATS THE 8th AMENDMENT! (8A)*
*★ I CAN DO ALL THESE SAME "CRIMES".....W-H-I-L-E IN JAIL!!!!*

*(ex) I COULD STILL CALL/SNAIL-MAIL/EMAIL my EX-Public Pretender (and draw them with a Hitler mustache!)... FROM INSIDE!! (ex: my mates get released daily! (me): "can you send this short email to my other atty?" hahaha.)*

NHJB-3054-Se (08/06/2019)

*(ex) I CAN EASILY "RESIST" VIA BEING ASLEEP 8AM/TENSING MY ARM IN HERE! (ex: threaten the crooked Warden & then 'resist' when they come to my cell.)*

page 2

Another reason to grant my Habeas immediately....

★ LIKE MANDELA, MLK, ROSA PARKS, GALILEO, GEORGE CARLIN, 2023 NOBEL PRIZE WINNER NARGES MOHAMMADI (in a Jail in Iran right now!!) THE BEATLES, ASSANGE, GANDHI, THE STONES, JIM MORRISON, ROBERT DOWNEY JR, & a million other ICONS of history... JAIL JUST MAKES ME MORE FAMOUS & MORE LEGITIMATE. [IF I were a weak activist, the Empire would ignore me, like it does Bernie Sanders & my ex-co-worker at NYPress, Matt Taibbi..."]

ERGO
★ NH L.E.O.s ARE LOSING THE WAR... TO WIN PETTY BATTLES! JURIES IN NYC PRAISED ME IN THE MAJOR PAPERS as a "HERO" & "Very Honest, Very Smart, & Very Nice"!! [Rudy then compared them to the OJ Jury, hahaha.] I'M A SUPER-POPULAR STREET MUSICIAN IN NH & MAINE! [For 6 years, over 500,000 people have seen me in my flashy, glam outfits, all over the place, with my funny sign, "TIMI HENDRIX!! JIMI'S ILLEGITIMATE SON!! NO AUTOGRAPHS, PLEASE!!" from Hampton Beach to Portland to NYC. NYPost & Portsmouth Herald did pieces on me with great photos & my cool instruments! I was the star of the huge Psmouth Halloween Parade last year!! July 2023, I flooded Psmouth with my beloved cartoon flyers warning them police were going to illegally Jail me again for same cartoon flyers." The NEXT day I was brutally arrested!! Hahaha!]

[ALL the businesses LOVE me and say so & give me free food, drinks, etc! Parents-with-young-kids are my #1 fans cuz I get all kids to do funny dances down boring sidewalks!! The Tour Buses in Portland.... ADDED ME TO THEIR DAILY SPIEL and I would show off for tourists!! Even inmates & Jail Staff have seen me play AND seen my CARTOON POSTERS all around NH & MAINE!]

I CAN MAKE MORE ARGUMENTS... BUT LET'S MOVE ON....     I TELL EVERYONE ABOUT MY FALSE ARRESTS!

DECLARATORY RELIEF...

②Ⓐ ALL LEOs [Judges/cops/police chiefs/DAs/Public Pretenders] INSIST BAIL IS NOT A $ECURITY DEPOSIT IN NH. ALL TELL ME IT'S TO KEEP PEOPLE IN JAIL AS PREVENTATIVE DETENTION BLAH BLAH BLAH.

Ⓑ ALL LEOs TELL ME THE 8TH AMENDMENT DOES NOT APPLY TO NH; THAT NH STATUTES OVERRIDE THE ENTIRE BILL OF RIGHTS. WHEN I POINT OUT THAT 14A EXPLICITLY SAYS "hey childish liars! The Bill of Rights DIRECTLY APPLIES TO ALL STATES"... 100% OF LEOs REPLY WITH "la la la I can't hear you!" ....WHICH SURE SOUNDS LIKE BAD FAITH TO ME.... and all TAXPAYERS. [LEOs are undermining the entire system.]

CAN YOUR COURT PLEASE SETTLE THIS DISPUTE ONCE & FOR ALL?  [plus, what happened to NH's "BAIL REFORM" I've been told about?]

Ⓒ DITTO DECLARATORY RELIEF IF I. $5,000 IS REASONABLE & NOT EXCESSIVE FOR PETTY MISDs.
II. IF A CITIZEN IS STILL IN JAIL 72 HOURS AFTER THE MISD ARREST....DOESN'T THAT PROVE THE BAIL IS EXCESSIVE?

MORE DECLARATORY RELIEF...

③ ALL LEOs IN NH INSIST 6A IS MOOT & NH DOESN'T HAVE TO OBEY SCOTUS' CLEAR RULES ON "EFFECTIVE (defense) COUNSEL". ALL TELL ME NONE OF MY PUBLIC PRETENDERS EVER NEED TO
★ MEET WITH THE CLIENT TO LEARN ABOUT THE CASE; ★ANSWER ANY CALLS OR EMAILS FROM THE CLIENT. EVER.
★ ANSWER ANY LEGAL QUESTIONS THE CLIENT HAS; ★ FILE ANYTHING OR LISTEN TO THE CLIENT'S REQUEST. ★ SHARE ANY LEGAL DOCS OR STATUTES WITH THE CLIENT. (★@#?!!) CAN YOU PLEASE SETTLE THIS DEBATE?

YOU SWORE TO PROTECT THE BILL OF RIGHTS. NO FINE PRINT. NO ASTERISKS.

Thank you for being The Adult.... and resolving this FIASCO FIESTA.   xoxo CXB

BONUS POINTS!
★ 23 TIMES, CROOKED GOVT VIOLENTLY ARRESTED, ROBBED, JAILED ME.... & NUKED MY LIFE COMPLETELY... ONLY TO DROP A-L-L CHARGES....(.!!)......ON DAY OF TRIAL..(.!!)....AFTER STALLING SPEEDY TRIAL 1-5 YEARS. SUBTLE!
★ THERE IS NO SCENARIO WHERE ANY OF THE CURRENT CASES CAN EVER GO TO TRIAL BY JURIES. [de Novo!] [& 6A!] THE CHARGES ARE TOO FAKE (and too petty) TO ASK HAPLESS COPS (forced to falsely arrest me/as the public filmed!) by crooked pols & police chiefs) TO PERJURE THEMSELVES. THE LAZY-THINKER MOBSTERS WERE CERTAIN I'D TAKE TIME SERVED.... & WERE WRONG.
★ 19 ARTICLES ON ME IN THE NY TIMES ALONE (4 w handsome photos of me!) SHOULD TIP YOU OFF HOW BIG "CXB-gate" IS. NYC, NH, MAINE, BOSTON JOURNALISTS CAN'T WAIT TO REPORT THIS INSANE NH MADNESS.... BUT THEIR MASTERS WON'T ALLOW IT. Ala Weinstein-gate.
★ GUY WHO STABBED ME 8 TIMES IN NYC DID ZERO DAYS JAIL! PRE-CONVICTION & POST-CONVICTION! SUBTLE! DITTO OTHERS WHO ASSAULT OR ROB ME. YET.
★ NH'S SUPER-MOBSTERS HIT ME WITH THEIR SLOPPY/OVERBROAD STALKING STATUTE....A MONTH AFTER SCOTUS (7-2!) SAID IT WAS VAGUE/OVERBROAD GARBAGE... IN COUNTERMAN V. Colorado!! OOOOF!! No wonder they've BLOCKED my Speedy Trial past even NH law!! "Stalking" arrest was May 2023.
★ IF U STILL DOUBT THIS AMATEURISH MESS IS AN EXERCISE IN FUTILITY (plus Diminishing Returns)....note I've BEATEN 40+ ARRESTS & COUNTING! AFD!
★ THE DAMAGES ARE UNPRECEDENTED: GOVT & SOCIAL MEDIA HAVE SILENCED ME FOR 20+ YEARS.... CUZ SUNLIGHT IS THE BEST DISINFECTANT. THEY WOULD ONLY HAVE DONE THIS IF THEY AGREE MY REPORTING & CARTOONS CAN CLEAN UP SOCIETY EASILY, ala #MeToo & #OscarsSoWhite.
★ (ex) ENDLESS STUNTS DONE VS CXB ARE UNPRECEDENTED IN ALL HISTORY. (ex) NOW-DISGRACED BKLYN D.A. HYNES PUT NOT 1 BUT 2 SPECIAL PROSECUTORS ON MY 2009 "B" MISDEMEANORS (for Attempted Contempt & Attempted Harassment!!)(!!) & THEY BLOCKED ALL 3 TRIALS FOR FIVE YEARS.!! SUBTLE!
★ ALL OF MY WORK (POLITICAL and CULTURAL-ARTISTIC) IS FAR MORE IMPORTANT THAN CURING CANCER! (AFD!) (ex) WHAT GOOD IS (FLATTERING!) CURING CANCER IN A SOCIETY OF RECORD SUICIDES/MASS SHOOTINGS/CRIME/RAPE/WAR/HOMELESSNESS/GREED/ETC? HALF THE PLANET WISHES THEY HAD THE COURAGE TO COMMIT SUICIDE.!! EVEN MOST RICH PEOPLE NEED TO SELF MEDICATE DAILY, LIKE MOVIE STARS & POP STARS!! ROCK STARS REGULARLY KILL THEMSELVES CUZ SOCIETY & LIFE ARE MISERABLE & ALWAYS HAVE BEEN.!! KURT COBAIN, CHRIS CORNELL, ROBIN WILLIAMS, ELVIS PRESLEY, JIMI HENDRIX, JIM MORRISON, & ALL THE REST WERE SUICIDES." (the govt or families L-I-E that many were ACCIDENTAL" so kids didn't copycat & families collected life insurance.!! BEATLES MANAGER BRIAN EPSTEIN KILLED HIMSELF IN 1967 AT THE PEAK OF THEIR SUCCESS.!! I HAVE MILLIONS OF SMART SOLUTIONS! EASY TO PROVE. AFD!

Ch. d X b.   SCDOC 266 County Farm Rd Dover NH 03820   JON BONGJOVIJR@ GMAIL.COM

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Rockingham County

### State v. Christopher Xavier Brodeur
### 218-2021-CR-00983

### ORDER ON CASE STATUS

In light of the need to continue the competency hearing, the Court's robust understanding of the mental health issues at play, its review of recent correspondence from the defendant, and considering the length of time the defendant has been incarcerated (which far exceeds the sentences imposed in the misdemeanor case), the Court is releasing the defendant.

A separate bail order will issue.

A competency hearing shall be scheduled in about 30 days, subject to the availability of the OFE examiner.

**If the defendant fails to appear for the hearing, it will be held without him because of his history of non-appearance in this case.**

Date: September 28, 2023

Hon. David W. Ruoff
Rockingham County Superior Court

Clerk's Notice of Decision
Document Sent to Parties
on 09/29/2023

NHJB-3054-Se (08/06/2019)

This is a Service Document For Case: 218-2021-CR-00983
Rockingham Superior Court
9/29/2023 11:32 AM



[Handwritten annotations surrounding the order, including: "MORE EVIDENCE!", "Were these FAXED?? SC DOC... why do that?", "Delays stacked on Delays stacked on Delays...Just like my 2001 book predicted! The Founders in 1787: The 6th Amendment ensures a speedy trial", "What 'luck'! yet another DELAY of all my rights!", "ALL THEY ARE DOING IS DESTROYING THE ENTIRE INSTITUTION OF NH COPS/COURTS/JAILS!! Maybe if I wasn't famous and the Giuliani slayer, their ploy might've worked. cripes.", "I DON'T WANT TO OVER-COMPLICATE THIS COMPLAINT FOR HABEAS/Declaratory Relief, but NOTE the 2023 arrests in Strafford w/ $5000 (4 months later still in Jail haha) do NOT EXIST... had the May 2020 Rockingham County been resolved one way or another in 2020...", "They're all based OFF the forever-open May 1st 2020 petty & fake nonsense, 1 de novo JURY trial was scheduled for March 25th 2022... and I said it would Never happen. To this day, I'm not allowed to know why it was cancelled! NOT due to any competency rule, FYI", "NO NH LEO HAS EVER HEARD OF SPEEDY TRIAL HAHAHAHA!", "OOF!!", "(Judges LOVE to contradict each other & themselves!)", "NO LEGIT PURPOSE! SHRINK PASSED ME 3 MONTHS AGO!! DELAY, DELAY, DELAY!!", "LIARS! I have all the 'receipts' proving they're lying liars! (ex) Dover Cops stole my van! -So I email & snail mail all Judges/DAs/attys/Press/ACLU to say I have no way to get to the next (moot) court date!", "one time, Judge Ruoff authorized an Uber... so 'my' attys 'FORGOT' to send it -OOPSIE!!- and another VIOLENT arrest of 'my' attys #1 critic!! What a stroke of 'LUCK'! Rinse & Repeat.", "SEE why they can't let this nazi tripe NEAR Juries? #@#?!!", "I want to tell you all kinds of INSANE facts but don't want to drown you in Bill OF Rights crimes!! EVERY FACT IN CXB-GATE is hyper-nuts, but it's a million factoids!! #@#!!", "(ex) I PASSED 2 OUT OF 2 [unjustified] COMP EVALS in this May 1st 2020 R.C. arrest for cartoons, er, 'insults which could cause a fight' —MISDEMEANORS!!! [But Gagne... on the Comp Order... says 3 TIMES NH cannot do evals on MISDs!!!! I emailed it out to all judges/attys/cops/ACLU/press...over & over!!]", "I PASSED THE LATEST IN AUGUST 2023 WITH A PERFECT SCORE! 'MY' dirty atty asked to contest it super-illegally!", "SHRINK SKIPPED the SEPT COMP HEARING!! No warrant for his arrest!", "SHRINK SKIPPED the OCT comp Hearing!! No warrant!!", "SHRINK SKIPPED the NOV comp Hearing!! No warrant!!", "3 EXTRA MONTHS (& counting!) in Jail!! SUBTLE!!", "Plus Strafford is keeping the $5K bail partly until the Comp Hearing!", "STILL DOUBT ME HOW BAD THIS CORRUPT MESS IS?", "NOTE: GIULIANI ALSO USED ENDLESS TRIPLE-UNLAWFUL PSYCH EVALS TO STOP speedy trial clocks & smear my famous name... and I passed every one of them!! But not once did they actually NEED for any eval!! I'm a snarky satirist who beats them in court every time in the end! No defendant or defense atty is MORE competent than I.", "BUT TO MOCK THE NH JUDGES/ATTYS, I WOULD EMAIL MY ANSWERS TO THE (fake) NH COMP EVALS OVER & OVER, IN GOOD FAITH, TO PROVE I KNOW WHO ISPREZ, what year it is, what does a Judge do!! See how FAKE their actions are? Plus wasting tax dollars on fake tricks!", "page 4"]

*LYING LIARS!*

Regarding his criminal history, according to his Massachusetts Criminal History Record, in the late 1980's charges of Disorderly Person (2 counts) and Operating after Suspended License were dismissed. According to the NCIC Interstate Identification Index Criminal History Record, Mr. Brodeur was convicted of a 2001 Criminal Trespass charge in the New York County Court and given time served. He was convicted after a bench trial on the January 2005 charge of Aggravated Harassment (2 counts) and given 90 days. He was convicted on 19 counts of Aggravated Harassment and two counts of Harassment on April 2005 charges; he was sentenced to 6 months in jail. Mr. Brodeur plead guilty to 2005 charges of Aggravated Harassment and Harassment in the New York County Court and given a conditional discharge and Order of Protection. He served 90 days on 2 counts of Harassment in 2006. He was convicted of a 2009 charge of Criminal Contempt in the New York County Court following a bench trial and was given a conditional discharge and Order of Protection. He was found guilty in the New York County Court on 2012 charges of two counts of Bail Jumping with a jury trial and received a 60-day sentence. Mr. Brodeur plead guilty to a 2014 charge of Intent to Obtain Transportation without Paying in the New York County Court and received time served. In 2015, he was charged with Intent to Obtain Transportation without Paying and Criminal Trespass in the New York County Court. Disposition was not documented in the NCIC report.

According to Kilgannon (2013), Mr. Brodeur spent 13 months (2012-2013) in Rikers Island on a $15,000 bail he could not pay, awaiting trial on charges of violating a restraining order by sending an e-mail to someone he was in a dispute with. He represented himself in a bench trial in the Brooklyn Criminal Court. According to the findings in People v. Brodeur (Christopher) 2017 NY Slip Op 50135(U), on January 24, 2017 the New York Supreme Court on appeal, overturned Mr. Brodeur's conviction on the charge of Attempted Aggravated Harassment in the second degree, rendered on July 18, 2013. According to Mr. Brodeur, he served 16 months of three two year sentences. He wrote in an email that he was released from Rikers Island in late 2013.

*Handwritten annotations throughout margins:*

- "Already tore this apart in 2020 eval papers."
- "If U see the word 'harass' GAME OVER!! People v. Golb (2014) AXED the overbroad statute, nutjob!!! STOP LYING!!"
- "GAME OVER! 1 dismissal = FALSE ARREST, psycho bitch!!"
- "GOLB AXED ALL OF THESE!! (for instance) %@#%!!"
- "all garbage!! Ask for details!!"
- "GAME OVER!! This time the TO judges said CXB smarter than Kops & Jud & DAs!!"
- "$35,000! Argh!!"
- "NO SUCH THING!! THIS ONE SCAM PROVES LYING LIARS!!"
- "CHECKMATE!!"
- "$35,000 BAIL FOR MISDEMEANOR SPEECH CHARGES!! SUBTLE!!"
- "Just cuz your 'conviction' was TOTALLY fake...does not suggest your other 'convictions' are fake!! See what insane LIARS??! %@#%!!"
- "It's called EXCESSIVE bail [8A], Psycho!! I agree not 1 of you nutjobs knows what The Bill of Rights is!! See? My enemies ALWAYS prove my points for me!!"
- "$15,000 BAIL WAS JUST FOR THE 3 'B' MISDEMEANORS!!! $5,000 FOR EACH OF 3 ARRESTS! 1 'ATTEMPTED' CONTEMPT! 2 'ATTEMPTED' HARASSMENTS! YOU IDIOTS FLUB EVERY FACT!!"
- "Even Flem say CXB says SAME THINGS over & over....yet shrink-quacks claim OPPOSITE!! NEVER DOES MY STORY CHANGE! That's why govt always blocks my speedy trials via endless illegal stunts, L-I-A-R!! %@#%!"

Overall, the defendant demonstrated the capacity for a factual understanding of the proceedings. He generally has dismissed the possibility that his understanding of the law could be mistaken. His grandiose confidence is best understood as related to unhealthy narcissistic personality traits. He may seek to present a misunderstanding of

<div style="margin-left: 2em;">

*see? this is why he avoid saying I was accurate!*

*LOOK CLOSELY at his slippery language! vague = liar.* — *No "interpretation" by me! I prove direct english!!*

*I WAS RIGHT AGAIN! argh.*

[1] This evaluator defers to the parties and the Court to interpret legal precedent. A plain language review of *Gagne* includes that all defendants have the right to due process, including prohibition from having to defend themselves while incompetent. The text of *Gagne* does include "A review of the relevant statutory authority reveals that the district courts are statutorily powerless to order competency evaluations for defendants charged with misdemeanors, see RSA 135:17 (Supp.1986), and further, no court has the authority to order competency evaluations for misdemeanors." This may be the source of the defendant's claim. The ruling then goes on to say, "we hold that in the exercise of its inherent authority to protect a defendant's constitutional rights, a district court may order competency evaluations."

*may be? it's exactly what I said cheater!!*

*where's the "update" you cited, LIAR? I cite Ruoff's, LIAR!! — FLIP FLOP!!*

[2] Of note, the standard order used in New Hampshire cites *Gagne* in defining the standard for competency. It continues "The Office of the Forensic Examiner is ordered to conduct an evaluation of the defendant and file a report of its examination with the court pursuant to RSA 135:17 (the statute that had been revised based, in part, on the *Gagne* case).

*BULLSHIT! You'd QUOTE the (imaginary) revision, LIAR! "Gagne is NO LONGER VALID and so NOW all courts can order evals on misdemeanors" ya slippery weasel!!*

↑ *(How insane is cxb-gate? In 2017... on day of trial....on TRAFFIC TICKET (violations).... the (since-fired!) Dirty Prosecutor asked for a comp eval.!!! Cited no legal justification, as always.!! ★@#?.!! SEE ANY PATTERN.... YET?*

</div>

<generated_image description="Hand-drawn cartoon envelope addressed to U.S. Federal Court of New Hampshire, 55 Pleasant St #110, Concord NH 03301, from CXB SC-DOC, 266 County Farm Rd, Dover NH 03820, postmarked Manchester NH 8 Nov 2023, with caricatures of police officers making incriminating statements in speech bubbles." />

"I STABBED CXB 8 TIMES IN NYC & ADMITTED IT! NOT ONE DAY IN JAIL BEFORE CONVICTION! NOT ONE DAY IN JAIL AFTER CONVICTION! NO COMMUNITY SERVICE EVEN!! SO I ATTACKED CXB YEARS LATER AGAIN. MURICA!! I ♥ didn't even have to pay CXB's hospital bills, which ruined his credit. HA!"

"I MOLESTED CXB AS A BOY IN MASSACHUSETTS & HE TOLD EVERYONE.!! LUCKILY 100% OF THE PARENTS/SCHOOLS/& POLICE TOLD HIM HE IMAGINED IT ALL (CUZ that was easier & lazier). I GOT TO MOLEST ALL THE KIDS.!! DECADES LATER... I'M STILL DOING IT IN MASS (Provincetown lately) CUZ 100% OF LAW ENFORCEMENT ARE CHILD MOLESTERS TOO! SAME REASON THEY PROTECTED THE CHURCH FOR 2000 YEARS! HEH HEH"

"I'M HARRY ANSLINGER!! OF COURSE I STOLE $$$ FROM DOZENS OF ARTISTS INCLUDING CXB, SO KOPS JAILED HIM INSTEAD OF ME.! IT DID COST ME, THOUGH: I HAD TO MAKE ANNUAL "CAMPAIGN DONATIONS" TO NYC D.A.s ...& DONATION$ TO POLICE GROUPS TOO. BUT IT WAS WORTH IT.!! I've RAPED OVER 2000 LITTLE GIRLS & I'll NEVER STOP! I ♥ THE JUST-US SYSTEM."

"I'M AL CAPONE! COPS & D.A.s & JUDGES ON MY PAYROLL!! IT'S RULE #1. ASK WHITEY BULGER, EL CHAPO, HARVEY WEINSTEIN, JEFFREY EPSTEIN, BILL COSBY, BACKRUB BIDEN, McDONALD RUMP, BIG TECH, BIG PHARMA, BIG TOBACCO!! WHY DO U THINK THE DECLARATION OF INDEPENDENCE REPEATEDLY SAYS JUDGES & COPS & DAs ARE THE #1 CRIMINALS ON EARTH?"

"I'M CHUBBY CHECKER! THE COPS & JUDGES & POLITICIANS WANTED TO JAIL ME for 'THE TWIST,' just like the Troggs for "LOUIE LOUIE"! MANY CITIES OUTLAWED ROCK MUSIC as The Devil's Music and for "delinquency"!! LOOK IT UP!!"

"I'M HURLIN (sp?) and I WAS JAILED for.... WEARING PANTS. No, not in IRAN! IN AMERIKKKA! Hell, smoking GRASS was the #1 "CRIME" in NYC!! & NH cops keep stealing CXB's weed!"

"I'M ELVIS PRESLEY! YUP: A JUDGE IN FLORIDA THREATENED ME WITH JAIL... IF I SHOOK MY HIPS DURING A CONCERT! CXB's BEEN JAILED 3 TIMES FOR HIS OUTFITS.!!"

"I'M JIM MORRISON AND I WAS JAILED IN FLORIDA CUZ REDNECK COPS LIED THAT I WHIPPED OUT MY DICK IN CONCERT. PLUS, FLACCID DICKS ARE NOT ILLEGAL! GOOGLE "STATUE OF DAVID" OR NIRVANA'S "Nevermind"."

"GOOGLE THE "COMICS CODE AUTHORITY"! USSA COPS/JUDGES/DAs/POLS WANTED TO ARREST MARVEL & DC IF THEY EVER DARED TO CRITICIZE GOV'T OR KEYSTONE KOPS!! PLUS THE ONLY REASON WE SUPERHEROES EXIST IS BECAUSE COPS & DAs & JUDGES & GOV'T ARE EVIL: IN 1939-1941... JEWISH WRITERS & CARTOONISTS WATCHED USA COPS & GOV'T HELP NAZI COPS JAIL & ROB ALL JEWS! THAT'S WHY NYC JEWS 1939-1941 COMICS SHOW US BEATING UP GERMAN COPS!! POWER ALWAYS CORRUPTS! F*CK THE POLICE!"

JON KESSEL • MATTY BRENNAN • (worst Jim morrison ever. —ed) © USPS 2019

FSC MIX Envelope FSC C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT